1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PHANHAHA XABANDITH,                 1:09-cv-01566-GSA (HC)

12                                       ORDER TRANSFERRING CASE TO THE
                                         SACRAMENTO DIVISION OF THE
13              Petitioner,              UNITED STATES DISTRICT COURT,
                                         EASTERN DISTRICT OF CALIFORNIA
14   vs.

15   ROBERT A. HOREL

16              Respondent.

17   _____/

18          Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

19   28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.

20   § 1915.

21          The petitioner is challenging a conviction from Sacramento County, which is part of the

22   Sacramento Division of the United States District Court for the Eastern District of California.

23   Therefore, the petition should have been filed in the Sacramento Division.

24          Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the

25   proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this

26   action will be transferred to the Sacramento Division.

                                          −1−

1        Good cause appearing, IT IS HEREBY ORDERED that:

2

3        1.  This action is transferred to the United States District Court for the Eastern District of

4   California sitting in Sacramento; and

5        2.  All future filings shall reference the new Sacramento case number assigned and shall

6   be filed at:

7                          United States District Court
                           Eastern District of California
8                          501 "I" Street, Suite 4-200
                           Sacramento, CA 95814
9

10       IT IS SO ORDERED.

11   **Dated:    September 11, 2009**              _____/s/ **Gary S. Austin**_____
                                          UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26