1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    PHANHAHA XABANDITH,

11              Petitioner,                    No. CIV S-09-2550 DAD P

12        vs.

13    ROBERT A. HOREL,

14              Respondent.                    <u>ORDER</u>

15    _____/

16              Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254.  In accordance with the court's September 16, 2009

18    order, petitioner has filed an application to proceed in forma pauperis.

19              Examination of the in forma pauperis application reveals that petitioner is unable

20    to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

21    granted.  <u>See</u> 28 U.S.C. § 1915(a).

22              "A petitioner for habeas corpus relief must name the state officer having custody

23    of him or her as the respondent to the petition." <u>Stanley v. California Supreme Court</u>, 21 F.3d

24    359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254).  Petitioner has named Robert

25    Horel as the respondent in this action.  Robert Horel, however, is not the proper respondent.

26    Accordingly, the instant petition must be dismissed with leave to amend.  <u>See Stanley</u>, 21 F.3d at

1

1   360.  Petitioner is advised that the proper respondent in the usual habeas action is the warden of

2   the institution where the petitioner is currently incarcerated.  See Stanley, 21 F.3d at 360.

3                       In accordance with the above, IT IS HEREBY ORDERED that:

4                       1.  Petitioner's application to proceed in forma pauperis (Doc. No. 6) is granted;

5                       2.  Petitioner's application for writ of habeas corpus is dismissed with leave to file

6   an amended petition within thirty days from the date of this order;

7                       3.  Any amended petition must be filed on the form employed by this court, must

8   name the proper respondent, and must state all claims and prayers for relief on the form.  It must

9   bear the case number assigned to this action and must bear the title "Amended Petition"; and

10                      4.  The Clerk of the Court is directed to send petitioner the form for habeas corpus

11  application.

12  DATED: October 8, 2009.

13

14  _____

15  DAD:9                          DALE A. DROZD
    xaba2550.122                   UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26