IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHANHNHA XABANDITH,

    Petitioner,                    2: 09 - cv - 2550 - LKK TJB

    vs.

FRANCISCO JACQUEZ,

    Respondent.                  <u>ORDER</u>

_____/

    Petitioner has requested a thirty day extension of time to file objections to the Magistrate Judge's Findings and Recommendations which was entered on December 20, 2011. Based upon the representations made and only for this request, it is determined that good cause has been shown, and the request is granted. Petitioner is advised that no further extensions of time will be granted, except for verified and extraordinary good cause shown.

    Accordingly, IT IS HEREBY ORDERED that:

1.     Petitioner's request filed January 5, 2012 for an extension of time is GRANTED; and

2.     Petitioner shall file his objections to the Magistrate Judge's Findings and Recommendations on or before February 12, 2012.

1  DATED: January 6, 2012

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE